XAVIER BECERRA, State Bar No. 118517
Attorney General of California
DARRELL W. SPENCE, State Bar No. 248011
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7910
 Fax: (916) 324-5567
 E-mail: Lisa.Tillman@doj.ca.gov
*Attorneys for Defendant David Duncan, in his official capacity as Director of the Emergency Medical Services Authority*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARIO GURROLA and FERNANDO HERRERA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID DUNCAN, in his official capacity as director of the California Emergency Medical Services Authority, and JEFFREY KEPPLE, in his official capacity as Medical Director of Northern California EMS, Inc., ,**<br><br>Defendants. | 2:20-cv-01238-JAM-DMC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DUNCAN'S AND DEFENDANT KEPPLE'S RESPONSES TO FIRST AMENDED COMPLAINT**<br><br>Courtroom: Six<br>Judge:     Hon. John A. Mendez<br>Trial Date: None Assigned<br>Action Filed: June 19, 2020 |

**STIPULATION**

Plaintiffs Dario Gurrola and Fernando Herrera, Defendant David Duncan, sued in his official capacity as Director of the California Emergency Medical Services Authority, and Defendant Jeffrey Kepple, sued in his official capacity as Medical Director of Northern California EMS, Inc., by and through their counsels, hereby stipulate to an extension to October 7, 2020 for each of the defendants to file a response to the first amended complaint.

This stipulation is necessary to complete the meet-and-confer process prior to bringing any motion to dismiss the first amended complaint. In addition, the stipulation promotes judicial economy by coordinating the filing of all Defendants' responses. This stipulated extension does not constitute a waiver of any claim, right, or defense. The requested extension will not affect any of the other dates set in the case.

IT IS SO STIPULATED.

Dated: September 30, 2020       By: _____/s/ Andrew Ward_____
                                    Andrew Ward, Esq.
                                    *Counsel for Plaintiffs*
                                    *Dario Gurrolla and Fernando Herrera*

Dated: September 30, 2020       By: _____/s/ Barbara Harris Chiang_____
                                    Barbara Harris Chiang, Esq.
                                    *Counsel for Defendant*
                                    *Jeffrey Kepple, in his official capacity as Medical Director of the Northern California Emergency Medical Services, Inc. Agency*

Dated: September 30, 2020       By: _____/s/ Lisa Tillman_____
                                    Lisa Tillman, Esq.
                                    *Counsel for Defendant*
                                    *David Duncan, in his official capacity as Director of the California Emergency Medical Services Agency*

**ORDER**

Upon good cause appearing, this Court hereby adopts the stipulation as an order of the court. The deadline for Defendants Kepple and Duncan to file a response to the first amended complaint is extended to October 7, 2020.

IT IS SO ORDERED.

DATED: October 2, 2020          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE