**KAUFMAN DOLOWICH & VOLUCK, LLP**
Barbara L. Harris Chiang (SBN 206892)
Elizabeth Williams (SBN 92374)
425 California Street, Suite 2100
San Francisco, California 94104
Telephone:  (415) 926-7600
Facsimile:   (415) 926-7601
Email:  bchiang@kdvlaw.com
        ewilliams@kdvlaw.com

Attorneys for Defendant
JEFFREY KEPPLE in his official capacity as
Medical Director of Northern California EMS, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO GURROLA and FERNANDO HERRERA,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVID DUNCAN, in his official capacity as director of the California Emergency Medical Services Authority, and JEFFREY KEPPLE, in his official capacity as Medical Director of Northern California EMS, Inc.; and TROY FALCK, in his official capacity as medical director of Sierra-Sacramento Valley Emergency Medical Services Agency,<br><br>          Defendants. | Case No.: 2:20-CV-01238-JAM-DMC<br><br>Action Filed: June 19, 2020<br><br>**FURTHER STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS DUNCAN AND KEPPLE TO RESPOND TO FIRST AMENDED COMPLAINT** |

**STIPULATION**

On September 30, 2020 a stipulation between Plaintiffs Dario Gurrola and Fernando Herrera (collectively "Plaintiffs"), Defendant David Duncan ("Defendant Duncan"), sued in his official capacity as Director of the California Emergency Medical Services Authority, and Defendant Jeffrey Kepple ("Defendant Kepple"), sued in his official capacity as Medical Director of Northern California EMS, Inc., (collectively "the Parties") was filed with the Court agreeing Defendants Duncan and Kepple would have up to and including October 7, 2020 to file a response to the First Amended Complaint. (DKT 28) Subsequently, on October 2, 2020 the September 30, 2020 stipulation was resubmitted to the Court with a Proposed Order. (DKT 28)

On October 1, 2020, Defendant Troy Falck, a newly added defendant by way of the First Amended Complaint, entered a stipulation with Plaintiff, by and through their respective counsel, to extend the time to file a responsive pleading up to and including October 28, 2020. (DKT 27)

Prior to filing the September 30, 2020 stipulation (DKT 28), Plaintiffs and Defendants Duncan and Kepple discussed the possibility of agreeing to a date for Defendants Duncan and Kepple to file a responsive pleading on the same day as Defendant Falck. Plaintiffs were contacted by Defendant Falck only after this discussion. Plaintiffs, by and through their counsel, represented Defendant Falck's responsive pleading was due on October 7, 2020, which is the reason the Parties agreed to October 7, 2020 for Defendants Duncan and Kepple to file their responsive pleading to the First Amended Complaint.

On October 5, 2020, the Court entered an Order extending the deadline for Defendants Kepple and Duncan to file a response to the first amended complaint. (DKT. 29)

Plaintiffs and Defendants Duncan and Kepple stipulate to extend the time for Defendants Duncan and Kepple to respond to the First Amended Complaint up to and including October 28, 2020.

This stipulation permits Defendants Duncan and Kepple to coordinate with Defendant Falck on selecting a mutually convenient hearing date for any motions to dismiss the defendants may file in response to the First Amended Complaint. The stipulation promotes judicial economy by

coordinating the filing of all Defendants' responses. This stipulated extension does not constitute a waiver of any claim, right, or defense. The requested extension will not affect any of the other dates set in the case.

IT IS SO STIPULATED.

Dated: October 6, 2020         By: _____/s/ Andrew Ward_____
                                   Andrew Ward, Esq.
                                   *Counsel for Plaintiff*
                                   *Dario Gurrola*

Dated: October 6, 2020         By: _____/s/ Barbara L. Harris Chiang_____
                                   Barbara L. Harris Chiang, Esq.
                                   *Counsel for Defendant*
                                   *Jeffrey Kepple, in his official capacity as*
                                   *Medical Director of the Northern California*
                                   *Emergency Medical Services, Inc. Agency*

Dated: October 6, 2020         By: _____/s/ Lisa Tillman_____
                                   Lisa Tillman, Esq.
                                   *Counsel for Defendant*
                                   *David Duncan, in his official capacity as*
                                   *Director of the California Emergency Medical*
                                   *Services Agency*

**ORDER**

Upon good cause appearing, this Court hereby adopts the stipulation as an order of the court. The deadline for Defendants Kepple and Duncan to file a response to the First Amended Complaint is extended to October 28, 2020.

IT IS SO ORDERED.

DATED: October 6, 2020              /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE